Partenfelder against the People of the State of New York and others, in which the Realty Associates appeal. No opinion. Motion to resettle order denied, without costs. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals (from 142 N. Y. Supp. 915) denied, on the ground that leave is unnecessary.

In re PATTISON'S WILL. (Supreme Court, Appellate Division, Second Department. June 6, 1913.) In the matter of the probate of a paper writing purporting to be the last will and testament of Sarah H. Pattison, deceased. No opinion. Motion granted, with costs, as to all the appellants except those represented by James L. Bishop, Esq., as to whom it is denied. See, also, 78 Misc. Rep. 699, 140 N. Y. Supp. 478.

PECORARO, Respondent, v. HANOVER TELEPHONE CO., Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. June 4, 1913.) Action by Samuel Pecoraro, an infant, etc., against the Hanover Telephone Company, impleaded with others. No opinion. Judgment and order affirmed, with costs.

PEETLUK v. JACKLOWITZ. (Supreme Court, Appellate Term, First Department. June 24, 1913.) Appeal from Municipal Court, Borough of The Bronx, Second District. Action by Ellis W. Peetluk against Samuel Jacklowitz. From a judgment for plaintiff after a trial by the court without a jury, defendant appeals. Reversed, and new trial ordered. Reuben Dorfman, of New York City, for appellant. Bernard S. Deutsch, of New York City, for respondent.

PER CURIAM. Judgment reversed, on the authority of Milton Schnaier Co. v. Grigsby, 132 App. Div. 854, 117 N. Y. Supp. 455, and a new trial ordered, with costs to appellant to abide the event.

PENNSYLVANIA R. CO. v. TITUS. (Supreme Court, Appellate Division, First Department. July 11, 1913.) Action by the Pennsylvania Railroad Company against James L. Titus. No opinion. Motion granted. Order filed. See, also, 156 App. Div. 830, 142 N. Y. Supp. 43.

PEOPLE, Respondent, v. ALBERGO, Appellant. (Supreme Court, Appellate Division, Second Department. July 25, 1913.) Proceeding by the People of the State of New York against Joseph Albergo. No opinion. Judgment of conviction of the Court of Special Sessions affirmed.

PEOPLE v. ANHUT. (Supreme Court, Appellate Division, First Department. July 11, 1913.) Proceeding by the People of the State of New York against John N. Anhut. No opinion. Motion granted; time extended to August 8th. Settle order on notice.

PEOPLE, Respondent, v. APPO, Appellant. (Supreme Court, Appellate Division, Second Department. May 23, 1913.) Proceeding by the People of the State of New York against Servia Appo. No opinion. Judgment of conviction of the Court of Special Sessions affirmed.

PEOPLE, Respondent, v. CALIBRETTO, Appellant. (Supreme Court, Appellate Division, Second Department. June 6, 1913.) Proceeding by the People of the State of New York against Francisco Calibretto. No opinion. Motion denied. See, also, 141 N. Y. Supp. 1136.

PEOPLE, Respondent, v. CINCOTTA, Appellant. (Supreme Court, Appellate Division, Second Department. June 6, 1913.) Proceeding by the People of the State of New York against Antonio Cincotta. No opinion. Motion denied.

PEOPLE, Respondent, v. COHEN, Appellant. (Supreme Court, Appellate Division, Second Department. May 23, 1913.) Proceeding by the People of the State of New York against Sadie Cohen. No opinion. Judgment of conviction of the Court of Special Sessions affirmed.

PEOPLE, Respondent, v. CUCCIA, Appellant. (Supreme Court, Appellate Division, Second Department. July 25, 1913.) Proceeding by the People of the State of New York against Dominick Cuccia. No opinion. Judgment of conviction of the County Court of Kings county affirmed.

PEOPLE, Respondent, v. DECKENBROCK, Appellant. (Supreme Court, Appellate Division, Second Department. June 6, 1913.) Proceeding by the People of the State of New York against Barney Deckenbrock.

PER CURIAM. The practice is irregular. See Code Cr. Proc. §§ 528, 529. Application pursuant to these sections may be made to any Justice of this Appellate Division.

PEOPLE, Respondent, v. DE FALCO, Appellant. (Supreme Court, Appellate Division, Second Department. July 25, 1913.) Proceeding by the People of the State of New York against Vincenzo De Falco. No opinion. Judgment of conviction of the County Court of Kings county affirmed.

PEOPLE, Respondent, v. FARBER, Appellant. (Supreme Court, Appellate Division, First Department. June 13, 1913.) Proceeding by the People of the State of New York against Philip Farber. C. S. Rosenthal, of New York City, for appellant. L. Fabricant, of New York City, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE v. FISHER et al. (Supreme Court, Appellate Division, Fourth Department. May 28, 1913.) Proceeding by the People of the State of New York against Mary L. Fisher; Le Roy Crawford intervening as party defendant. No opinion. Motion for leave to appeal to Court of Appeals (from 141 N. Y. Supp. 1136) granted, and question for review certified.